IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Ron Christopher Footman, #237013,       )
                                        )
                Plaintiff,               )       Civil Action No. 5:16-cv-0915-TLW
v.                                      )
                                        )
LaKisha Monique Granger,                )
                                        )
                Defendant.               )
_____)

# ORDER

On March 21, 2016, Plaintiff Ron Christopher Footman, ("Plaintiff") brought this action, *pro se*, alleging that Defendant LaKisha Monique Granger made a false statement. ECF No. 1. This matter now comes before the Court for review of the Report and Recommendation (the Report) filed by United States Magistrate Judge Shiva V. Hodges, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(e), (D.S.C.). ECF No. 9. In the Report, the Magistrate Judge recommends that the Complaint be dismissed based lack of subject matter jurisdiction. *Id*. Objections to the Report were due on April 11, 2016. However, Plaintiff did not file objections to the Report.

This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report, this Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Report and relevant filings. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Report, ECF No. 9, is

**ACCEPTED**, and this action is **DISMISSED** without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

                                                                 *s/Terry L. Wooten*  
                                                     Chief United States District Judge

April 17, 2018  
Columbia, South Carolina